# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

161210 & (63)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TYLER MATTHEW BRIGHAM,
      Defendant-Appellant.

SC: 161210
COA: 342621
Roscommon CC: 17-007819-FH

_____/

On order of the Court, the motion to withdraw as counsel is GRANTED. The application for leave to appeal the February 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk

b1214